Law Offices
# FUSCO & MACALUSO PARTNERS, L.L.C.
A Partnership of Professional Corporations

A.J. Fusco, Jr. ♦
Roy R. Macaluso † ♦

David T. Ercolano*
Milagros C. Alvarez ^
Amie E. DiCola ♦
Shay Shailesh Deshpande ♦
Kevin C. Decie*

P.O. Box 838 ▫ 150 Passaic Avenue
Passaic, New Jersey 07055

(973) 779-1163
Fax: (973) 779-5437

E-Mail: Info@fmnj-law.com

Website: www.fuscoandmacaluso.com

New York Office
291 Broadway – Suite 709
New York, NY 10007
(973) 779-1163

Trenton Office
108 W. State Street
Trenton, NJ 08625
(609) 599-1222

Newark Office
51 Rector Street – Suite 205
Newark, NJ 07105
(973) 622-1699

♦ Member of NJ and NY Bar
† Member of NJ and DC Bar
* Member of NJ and PA Bar
^ Member of NJ and FL Bar

June 6, 2016

**Via Electronic Filing (ECF) and Regular Mail**
Honorable William J. Walls, U.S.D.J.
United States District Court of N.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark NJ 07101

      RE:    **United States v. Kirtish Patel**
               **Criminal No: 15-593-001**

Dear Judge Walls:

     As Your Honor is aware, I represent defendant Kirtish Patel in the above matter. Sentencing is scheduled for June 15, 2016. I have been advised that Nita Patel has been diagnosed with breast cancer. I am joining in my co-counsel's request for an adjournment, due to the fact that my client will be assisting Nita with her medical appointments and treatment.

     Thank you for your courtesy and consideration in this matter.

Respectfully,
FUSCO & MACALUSO, L.L.C.

Anthony J. Fusco Jr., Esq.

AJF/dm
cc:    AUSA Danielle Walsman, Esq.
       AUSA Jake Elberg, Esq.
       AUSA Charles Graybow, Esq.
       Frank P. Arleo, Esq.
       Kirtish Patel